PHILLIP TALBERT
United States Attorney
DEBORAH LEE STACHEL – CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
RICHARD M. RODRIGUEZ
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8926
    Facsimile: (415) 744-0134
    E-Mail: Richard.Rodriguez@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| ROBERT ODOM, | Case No: 1:16-CV-00270-EPG |
|     Plaintiff, | UNOPPOSED MOTION FOR EXTENSION OF TIME BY DEFENDANT TO FILE HER RESPONSE TO SETTLEMENT LETTER (DEFENDANT'S FIRST REQUEST) AND ORDER |
|     vs. | |
| CAROLYN W. COLVIIN, Acting Commissioner of the Social Security Administration, | |
|     Defendant. | |

    Pursuant to Fed. R. Civ. P. 6(b), Carolyn W. Colvin, Acting Commissioner of Social Security ("Defendant") hereby moves for a seven-day extension of time from September 20, 2016, through and including September 27, 2016.

    Defendant respectfully requests the Court extend the time for Defendant to file Response to Plaintiff's Settlement Letter Request (hereinafter "Defendant's response"). This is the first extension sought by Defendant.

    There is good cause for this request. I have requested settlement authority from my client and expect a response should be forthcoming by the original response date of September 20, 2016. Thereafter, I will need time to draft a stipulation and proposed order and discuss the terms of the stipulation with Plaintiff's counsel. I anticipate this will take no longer than seven days.

Stipulation and Order for Extension of Time
1:16-CV-00270-EPG                                               1

This request is made in good faith with no intention to unduly delay the proceedings.

Counsel for Defendant conferred with Plaintiff's counsel on September 9, 2016, who has no opposition to this motion. The undersigned apologizes to the Court and opposing counsel for any inconvenience incurred because of this request.

                Respectfully submitted,

Dated: September 9, 2016      PHILLIP TALBERT
                   United States Attorney
                   DEBORAH LEE STACHEL,
                   Regional Chief Counsel, Region IX
                   Social Security Administration

               By: */s/Richard M. Rodriguez*
                   RICHARD M. RODRIGUEZ
                   Special Assistant U.S. Attorney

                   Attorneys for Defendant

Dated:  September 9, 2016      */s/Cyrus Safa, Esq.*
                   As authorized by email
                   CYRUS SAFA, ESQ.
                   Attorney for Plaintiff

**ORDER**

Pursuant to the parties' stipulation, Defendant shall file its response to Plaintiff's confidential letter statement no later than **September 27, 2016**. All other dates in the scheduling order issued on March 2, 2016 (Doc. 5) are modified accordingly.

IT IS SO ORDERED.

Dated:  **September 12, 2016**      /s/ Erica P. Grosjean
                   UNITED STATES MAGISTRATE JUDGE

Stipulation and Order for Extension of Time

1:16-CV-00270-EPG                           2