Cyrus Safa
Attorney at Law: 282971
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)437-7006
Fax: (562)432-2935
E-Mail: rohlfing.office@rohlfinglaw.com
Attorneys for Plaintiff
ROBERT KENNETH ODOM

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT KENNETH ODOM ) | Case No.: 1:16-cv-00270-EPG |
| ) | |
| Plaintiff, ) | STIPULATION TO EXTEND TIME |
| v. ) | TO FILE OPENING BRIEF; ORDER |
| ) | |
| CAROLYN W. COLVIN, Acting ) | (FIRST REQUEST) |
| Commissioner of Social Security. ) | |
| ) | |
| Defendant. ) | |
| ) | |

  Plaintiff Robert Kenneth Odom and Defendant Carolyn W. Colvin, Acting Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this court's approval, to extend the time by 7 days from October 27, 2016 to November 3, 2016 for Plaintiff to file a Opening Brief, with all other dates in the Court's Order Concerning Review Of Social Security Cases extended accordingly. This is Plaintiff's first request for an extension. This request is made at

/ / /

the request of Plaintiff's counsel to allow additional time to fully research the issues presented.

DATE: October 27, 2016  Respectfully submitted,

LAWRENCE D. ROHLFING

BY: ___/s/ *Cyrus Safa*_____
Cyrus Safa
Attorney for plaintiff Mr. Robert Kenneth Odom

DATE:  October 27, 2016

PHILLIP TALBERT
United States Attorney
DEBORAH LEE STACHEL,
Regional Chief Counsel, Region IX
Social Security Administration

BY:___/s/ *Richard Rodriguez*_____
Richard Rodriguez
Special Assistant United States Attorney
Attorneys for defendant Carolyn W. Colvin
|*authorized by e-mail|

## Order

Based on the above stipulation and good cause appearing therein, the Court adopts the parties' stipulation. Plaintiff's opening brief shall be filed no later than **November 3, 2016**. Defendant's opposition brief shall be filed no later than **December 5, 2016**. Plaintiff may file any reply brief no later than **December 20, 2016**.

IT IS SO ORDERED.

Dated:   **October 31, 2016**              /s/ Erica P. Grosjean
                                           UNITED STATES MAGISTRATE JUDGE