# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT KENNETH ODOM, | **Case No. 1:16-cv-00270-EPG** |
| Plaintiff, | **FINAL JUDGMENT AND ORDER REGARDING PLAINTIFF'S SOCIAL SECURITY COMPLAINT** |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

This matter is before the Court on Plaintiff's complaint for judicial review of an unfavorable decision of the Commissioner of the Social Security Administration regarding his applications for supplemental security income and disability insurance benefits. The parties have consented to entry of final judgment by the United States Magistrate Judge under the provisions of 28 U.S.C. § 636(c) with any appeal to the Court of Appeals for the Ninth Circuit. (ECF Nos. 7, 8.)

At the hearing on June 1, 2017, the Court heard from the parties and, having reviewed the record, administrative transcript, the briefs of the parties, and the applicable law, finds as follows:

For the reasons announced by the Court on the record at the conclusion of the parties' oral argument on June 1, 2017, the Court finds that the decision of the Commissioner of Social Security should be reversed and the case should be remanded for further proceedings. The Administrative Law Judge gave little weight to Ekram Michiel, M.D., a consulting examiner,

John Schaeffer, D.O., a treating physician, and Shari Muir, M.D., a treating physician. The reasons offered by the ALJ to give little weight to Drs. Muir and Michiel, however, are not specific, legitimate, and supported by substantial evidence.

Thus, the ALJ erred in giving little weight to Drs. Muir and Michiel. The ALJ did not err in giving little weight to Dr. Schaeffer, however, because it was appropriate to reject Dr. Schaeffer's opinion because the opinion took the form of a check-box form and was not consistent with the rest of the medical evidence.

On remand, the Administrative Law Judge shall re-examine the recommendations of Drs. Muir and Michiel and determine whether specific and legitimate reasons exist to give their opinions little weight.

Accordingly, the Court GRANTS Plaintiff's appeal from the administrative decision of the Commissioner of Social Security and the case is remanded to the Social Security Administration. The Clerk of the Court is DIRECTED to enter judgment in favor of Plaintiff Robert Kenneth Odom and against Defendant Nancy A. Berryhill, Acting Commissioner of Social Security.

IT IS SO ORDERED.

Dated: **June 1, 2017**  /s/ Eric P. Grosjean
UNITED STATES MAGISTRATE JUDGE