UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT KENNETH ODOM,<br><br>    Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 1:16-cv-00270-EPG<br><br>ORDER GRANTING PLAINTIFF'S PETITION FOR ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT<br><br>(ECF No. 23) |

Plaintiff Robert Kenneth Odom filed a complaint challenging the denial of her application for disability insurance benefits on August 10, 2015. (ECF No. 1.) On June 2, 2017, the Court entered a final decision remanding the case to the Social Security Administration for further proceedings. (ECF No. 21.) The Court entered judgment in Plaintiff's favor. (ECF No. 22.)

Plaintiff now seeks attorney fees and expenses pursuant to the Equal Access to Justice Act (28 U.S.C. § 2412(d)) ("EAJA") in the amount of $3,806.44. (ECF No. 23.) Defendant filed a response indicating that it had no objection to that amount. (ECF No. 24.) However, it requested additional offset language be added to the order granting attorney fees. (*Id*.) Plaintiff did not object insertion of the proposed offset language.

Accordingly, IT IS ORDERED that fees in the amount of $3,806.44 as authorized by 28 U.S.C. § 2412(d) be awarded the Law Offices of Lawrence D. Rohlfing subject to the following: EAJA fees and expenses, are subject to any offsets allowed under the Treasury Offset Program, as discussed in *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010).

IT IS SO ORDERED.

    Dated: __**January 8, 2018**__                    /s/ Erica P. Grosjean
                                                                         UNITED STATES MAGISTRATE JUDGE